IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

KATHY WATSON-SWIFT,

Plaintiff,

v.

O'CHARLEY'S LLC,

Defendant.

Case No. 15-cv-656 JPG/DGW

## JUDGMENT

The Court having been advised by counsel for the parties that the above action has been settled;

IT IS HEREBY ORDERED AND ADJUDGED that this case is dismissed with prejudice and without costs.

Dated: December 13, 2016        JUSTINE FLANAGAN, Acting Clerk of Court

*s/Tina Gray,*
**Deputy Clerk**

Approved:   *s/J. Phil Gilbert*
          **J. PHIL GILBERT**
          **DISTRICT JUDGE**